# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-5141

_____

CHASE MICHAEL MANNING,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Bay County.
Michael C. Overstreet, Judge.

December 18, 2018

PER CURIAM.

Appellant, Chase Michael Manning, appeals from a judgment and sentence on the charges of trafficking in methamphetamine, possession of a controlled substance, driving while license canceled, suspended, or revoked, possession of paraphernalia, resisting officer without violence, and leaving the scene of a crash involving damage. He raises two issues on appeal, as to the first of which we affirm without discussion.

Appellant's second issue is that chapter 893, Florida Statutes (2016), is unconstitutional on its face because it eliminates knowledge of the illicit nature of the controlled substance as an element of the offense. We affirm on the authority of *State v. Adkins*, 96 So. 3d 412 (Fla. 2012).

AFFIRMED.

WOLF, LEWIS, and WETHERELL, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Andy Thomas, Public Defender, and L. Allen Beard, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Kaitlin Weiss, Assistant Attorney General, Tallahassee, for Appellee.